**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

RONALDO GARCIA,

Petitioner,

v.                                                            Civil Action No.:  3:26-cv-00841-DSC

MARKWAYNE MULLIN, Secretary of the Department of Homeland Security;
TODD BLANCHE, Acting Attorney General of the United States;
TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; and
WARDEN, MOSHANNON VALLEY PROCESSING CENTER,

Respondents.

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that Petitioner, Ronaldo Garcia, voluntarily dismisses the above-captioned action without prejudice against the named Respondents pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respondents have not filed an answer or a motion for summary judgment in this action.

Dated: May 10, 2026

Respectfully submitted,

//s// Edward W. Neufville, III
Edward Wea Neufville, III
8121 Georgia Avenue, Suite 650
Silver Spring, MD, 20910
Tel. 301-562-7995
Fax. 301-562-8199
Email: edward@neufvillelaw.com

Counsel for Petitioner  Appearing Pro Hac Vice

**SO ORDERED:**                              s/David Stewart Cercone
Dated: May 11, 2026                          David Stewart Cercone
                                             Senior U.S. District Court Judge